UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTINA LANEY,

                Plaintiff,

-vs-                                                Case No. 2:09-cv-678-FtM-29SPC

HOSPITAL BOARD OF DIRECTORS OF LEE
COUNTY, a political subdivision of the State of
Florida, corporation doing business as Lee
Memorial Health System,

                Defendant.
_____

## **ORDER**

This matter comes before the Court on the Plaintiff, Kristina Laney's Motion for Appointment of Mediator (Doc. #26) filed on February 12, 2010. The Plaintiff's Motion does not contain a certificate of verification that she conferred with the opposing counsel prior to filing the instant Motion. Under the Local Rule 3.01(g), the movant must confer with the opposing party's counsel to determine if a solution can be achieved prior to moving the Court for relief. The Plaintiff's failure to comply with Local Rule 3.01(g) is fatal to her Motion.

Should the parties confer and be unable to agree on a mediator as stated in the Motion, the Court would suggest they supply the names of several individuals for the Court's review and selection.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Kristina Laney's Motion for Appointment of Mediator (Doc. #26) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of March, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record