UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTINA LANEY,

                Plaintiff,

-vs-                                              Case No. 2:09-cv-678-FtM-29SPC

HOSPITAL BOARD OF DIRECTORS OF LEE
COUNTY, a political subdivision of the State of
Florida, corporation doing business as Lee
Memorial Health System,

                Defendant.
_____

## ORDER

This matter comes before the Court on Defendant's Emergency Motion to Compel Mental Examination of Plaintiff (Doc. #35) filed on June 18, 2010. Plaintiff is directed to file a response by **Monday, June 21, 2010, at 5:00 p.m.** Otherwise, the Court will rule on the Motion without a response.

Accordingly, it is now

**ORDERED:**

Plaintiff is directed to file a response to Defendant's Emergency Motion to Compel Mental Examination of Plaintiff by **Monday, June 21, 2010, at 5:00 p.m.**

**DONE AND ORDERED** at Fort Myers, Florida, this   18th   day of June, 2010.

                                                      SHERI POLSTER CHAPPELL
                                                      UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record